IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| SIMEX INC., *et al.*,[1] | Case No. 24-10083 (TMH) |
| Debtors in a Foreign Proceeding. | (Joint Administration Requested) |
| | **Related Docket Nos. 13 and 14** |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that the Foreign Representative hereby withdraws the (1) *Motion and Order for Admission Pro Hac Vice* [Docket No. 13] and (2) *Motion and Order for Admission Pro Hac Vice* [Docket No. 14], filed on January 25, 2024.

---

[1] The chapter 15 debtor incorporated in Canada and/or in the province of Ontario (the "Canadian Debtor"), along with the last four digits of the Canadian Debtor's Canadian business number, is: SimEx Inc. ("SimEx") (5222). The chapter 15 debtors incorporated in the United States (the "U.S. Debtors"), along with the last four digits of each U.S. Debtor's federal tax identification number, are: Iwerks Entertainment, Inc. ("Iwerks"), (9361) and SimEx-Iwerks Myrtle Beach, LLC ("SIMB") (8417). The Canadian Debtor and the U.S. Debtors are referred to herein, collectively, as the "Debtors" or "SimEx"). The Debtors' executive headquarters are located at: 210 King St East, 600, Toronto, Ontario, Canada, M5A 1J7.

| | |
|---|---|
| Dated: January 26, 2024<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP** |

    */s/ Mark L. Desgrosseilliers*
Mark L. Desgrosseilliers (No. 4083)
Kristi J. Doughty (No. 3826)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Tel.:   (302) 295-0191
Fax.:  (302) 295-0199
Email: desgross@ChipmanBrown.com
         doughty@chipmanbrown.com

      -and-

**PERKINS COIE LLP**
Tina N. Moss
1155 Avenue of the Americas
22nd Floor
New York, NY 10036
Tel.:   (212) 262-6900
Fax.:  (212) 977-1648
Email: TMoss@perkinscoie.com


Paul Jasper
505 Howard Street
Suite 1000
San Francisco, California 94105-3204
Tel.:   (415) 344-7000
Fax.:  (415) 344-7050
Email: PJasper@perkinscoie.com

*Attorneys for Foreign Representative*